James J. Arendt, Esq.  Bar No. 142937
Michelle E. Sassano, Esq.  Bar No. 232368

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Michelle@walaw-fresno.com

**FILED**

JUL 2 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendants, County of Madera, Madera County Department of Corrections, Madera County Department of Health, Officers V. Le Sage and M. Garrett

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA PAGE, Individually and as the Successor in Interest for LAFAYETTE PAGE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MADERA, MADERA COUNTY DEPARTMENT OF CORRECTIONS, MADERA COUNTY DEPARTMENT OF MENTAL HEALTH, CORPORAL J. CAMPOS (2998), CORRECTIONS OFFICERS V. LE SAGE (30407), AND M. GARRETT (30521), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFMG), and DOES 1 to 100,<br><br>Defendants. | CASE NO. 1:17-CV-00849-DAD-EPG<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY THE SCHEDULING ORDER TO CHANGE THE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER.**<br><br>Complaint Filed: June 23, 2017<br>Trial Date: September 17, 2019 |

TO THE HONORABLE COURT:

By and through their counsel of record in this action, Plaintiff Roseanna Page and Defendants County of Madera, Corporal J. Campos, Corrections Officers V. Le Sage, M. Garrett and California Forensic Medical Group ("the parties") hereby stipulate for the purposes of jointly requesting that the Court grant a transfer of this case to the United States District Court for the Northern District of California for the limited purposes of conducting the settlement conference before the Honorable Magistrate Judge Laurel Beeler. The settlement

Stipulation and Joint Request to Modify the Scheduling Order to Change the Settlement Conference And [Proposed] Order.

1

conference would take place before the Honorable Magistrate Judge Laurel Beeler on August 7, 2018 at 10:00 a.m. at the San Francisco Courthouse, Courtroom C located at 450 Golden Gate Ave., San Francisco, California 94102.

In light of the foregoing request, the parties hereby stipulate to and jointly request that the Court issue an order modifying the operative scheduling order accordingly and vacating the settlement conference set for September 13, 2018 at 10:00 a.m. before the Honorable Erica P. Grosjean.

The parties further request, that except as specified hereinabove, all other dates and deadlines from the Court's Scheduling order remain the same and before the United States District Court for the Eastern District of California.

Dated: July 9, 2018         LAW OFFICES OF JOHN BURTON


By: /s/ John Burton
    John Burton
    Attorney for plaintiff
    Roseanna Page

Dated: July 9, 2018         WEAKLEY & ARENDT, LLP


By:  /s/ James J. Arendt
     James J. Arendt
     Michelle E. Sassano
     Attorneys for Defendants
     County of Madera, Officers V. Le Sage and
     M. Garrett

Dated: July 9, 2018         GOYETTE & ASSOCIATES, INC


By:  /s/ Gary Goyette
     Gary Goyette
     Attorneys for Defendant
     Jorge Campos

---

Stipulation and Joint Request to Modify the Scheduling Order to Change the Settlement Conference And [Proposed] Order.

2

1  Dated: July 9, 2018                    BERTLING & CLAUSEN, LLP

                                          By:    /s/ Jemma Parker Saunders
                                                 Jemma Parker Saunders
                                                 Attorneys for Defendant
                                                 California Forensic Medical Group, Inc.

                                          ORDER

IT IS SO ORDERED.

Dated: July ___, 2018

_____
Honorable Magistrate Judge Erica P. Grosjean

Dated: July ____, 2018

_____
Honorable Magistrate Judge Laurel Beeler

---

Stipulation and Joint Request to Modify the Scheduling Order to Change the Settlement Conference And [Proposed] Order.

3